IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01194-BNB

ROBERT L. SAMPLE,

Applicant,

v.

GARY J. KRAUTMANN, and
TIFFANY GREEN HYTREK,

Respondents.

---

ORDER DIRECTING APPLICANT TO FILE AMENDED APPLICATION

---

Applicant, Robert L. Sample, is confined in the Denver County Jail. Mr. Sample filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (1994). He has been granted leave to proceed pursuant to 28 U.S.C. § 1915.

The Court will construe the application liberally because Mr. Sample is representing himself. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be the *pro se* litigant's advocate. See *Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Sample will be ordered to file an amended application.

Mr. Sample appears to be a fugitive who wants to be returned to Missouri via the Uniform Mandatory Disposition of Detainers Act to stand trial on outstanding criminal charges. Mr. Sample alleges that he was informed by the Circuit Court of St. Louis County, Missouri, that the relief he seeks would be required, if at all, under the Interstate Agreement on Detainers.

Mr. Samples has named improper Respondents. He is suing two attorneys for the Office of the Circuit Clerk, Circuit Court of St. Louis County. The law is well-established that the only proper Respondent to a habeas corpus action is the habeas applicant's custodian. *See* 28 U.S.C. § 2242; Rules 2(a) and 1(b), Rules Governing Section 2254 Cases in the United States District Courts; and *Harris v. Champion*, 51 F.3d 901, 906 (10th Cir. 1995).

Mr. Sample's application also fails to comply with Rule 8 of the Federal Rules of Civil Procedure. The Federal Rules of Civil Procedure apply to applications for habeas corpus relief. *See* Fed. R. Civ. P. 81(a)(2); *Browder v. Director, Dep't of Corrections*, 434 U.S. 257, 269 (1978); *Ewing v. Rodgers*, 826 F.2d 967, 969-70 (10th Cir. 1987). Pursuant to Fed. R. Civ. P. 8(a), a pleading shall "contain (1) a short and plain statement of the grounds for the court's jurisdiction, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for the relief sought . . . ." The philosophy of Rule 8(a) is reinforced by Rule 8(d)(1) which provides that "[e]ach allegation must be simple, concise, and direct." Taken together, Rules 8(a) and (d)(1) underscore the emphasis placed on clarity and brevity by the federal pleading rules. Prolix, vague, or unintelligible pleadings violate the requirements of Rule 8.

Mr. Sample's application fails to comply with Fed. R. Civ. P. 8(a)(2) because he fails to assert any claims. He merely asserts the relief he wants. Mr. Sample will be directed to file on the proper, Court-approved form an amended application that

complies with Fed. R. Civ. P. 8. The amended application Mr. Sample will be directed to file must be assert clearly his federal claims and the relief he seeks. Accordingly, it is

ORDERED that Mr. Sample file **within thirty (30) days from the date of this order** an amended application that names the proper Respondent and that complies with Fed. R. Civ. P. 8 for the reasons discussed in this order. It is

FURTHER ORDERED that Mr. Sample's amended application shall be titled, "Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241," and shall be filed with the Clerk of the Court for the United States District Court for the District of Colorado at the Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Room A-105, Denver, Colorado 80294-3589. It is

FURTHER ORDERED that the clerk of the Court mail to Mr. Sample, together with a copy of this order, two copies of the following form to be used in filing the amended application: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that if Mr. Sample fails within the time allowed to file a amended application as directed, the application will be denied and the action dismissed without further notice.

DATED June 16, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01194-BNB

Robert L. Sample
Reg. No. 1527438
Denver County Jail
PO Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on 6/14/8

                                     GREGORY C. LANGHAM, CLERK

                                     By: _Angie_____
                                                 Deputy Clerk