IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01194-BNB

ROBERT L. SAMPLE,

    Applicant,

v.

GARY J. KRAUTMANN, and
TIFFANY GREEN HYTREK,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 24 2008

GREGORY C. LANGHAM
    CLERK

## ORDER OF DISMISSAL

Applicant, Robert L. Sample, is confined in the Denver County Jail. Mr. Sample filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (1994). He was granted leave to proceed pursuant to 28 U.S.C. § 1915.

On June 16, 2008, Magistrate Judge Boyd N. Boland ordered Mr. Sample to file within thirty days on the proper, Court-approved form an amended application that named the proper Respondents and that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure by asserting clearly his federal claims and the relief he seeks. Magistrate Judge Boland warned Mr. Sample that if he failed to comply with the June 16 order within the time allowed, the application would be denied and the action dismissed without further notice.

Mr. Sample has failed within the time allowed to comply with the June 16, 2008, order for an amended application or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the application is denied and the action dismissed without prejudice for the failure of Applicant, Robert L. Sample, to comply with the directives of the June 16, 2008, order for an amended application and for Mr. Sample's failure to prosecute.

DATED at Denver, Colorado, this 23 day of July, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-01194-BNB

Robert L. Sample
Prisoner No. 1527438
Denver County Jail
PO Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/24/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk